IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONOVAN GARDNER,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CARVER BIBLE COLLEGE, INC.,  )<br>ET AL,  )<br>    Defendants.  )<br>_____ ) | CIVIL ACTION NUMBER:<br><br>1:15-CV-01799-TWT<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**

COMES NOW named Plaintiff and named Defendants and hereby file their joint Stipulation of Dismissal with Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted, May 12, 2016,

s/ Daniel E. DeWoskin
Daniel E. DeWoskin
DeWoskin Law Firm, LLC
535 N. McDonough St.
Decatur, Georgia 30030
Attorney for Plaintiffs

s/ George Weaver
George Weaver
Hollberg & Weaver, LLP
2921 Piedmont Road, NE, Suite C
Atlanta, Georgia 30305
Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONOVAN GARDNER,           ) | |
|     Plaintiff,                           ) | |
|                                                ) | CIVIL ACTION NUMBER: |
| v.                                              ) | |
|                                                ) | 1:15-CV-01799-TWT |
| CARVER BIBLE COLLEGE, INC., ) | |
| ET AL,                                      ) | JURY TRIAL DEMANDED |
|     Defendants.                     ) | |
| _____) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR7.1(D), I certify that the foregoing complies with the font and point setting approved by the Court in L.R. 5.1(B) and that, on behalf of both Plaintiff and Defendants, I prepared the same using Times New Roman 14 point font.

Respectfully submitted, May 12, 2016,

s/ Daniel E. DeWoskin
Daniel E. DeWoskin
DeWoskin Law Firm, LLC
535 N. McDonough St.
Decatur, Georgia 30030
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONOVAN GARDNER, ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 1:15-CV-01799-TWT |
| CARVER BIBLE COLLEGE, INC., ) | |
| ET AL, ) | JURY TRIAL DEMANDED |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, on behalf of both Plaintiff and Defendants, I electronically filed the Stipulation of Dismissal with Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(ii) with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the attorneys of record.

Respectfully submitted, May 12, 2016,

s/ Daniel E. DeWoskin
Daniel E. DeWoskin
DeWoskin Law Firm, LLC
535 N. McDonough St.
Decatur, Georgia 30030
Attorney for Plaintiffs